# EXHIBIT "D"

INVOICE DATED JANUARY 11, 2006

"Exhibit B"

# Polu Kai, LLC

Polu Kai Services, LLC
2922 Graham Road
Falls Church, VA 22042

(703) 560-5194
bparks@polukaiservices.com

## Invoice

| DATE | INVOICE # |
|---|---|
| 01/11/2006 | 145 |
| TERMS | DUE DATE |
| Paid When Paid | 01/11/2006 |

| BILL TO | SHIP TO |
|---|---|
| Compass Environmental Inc.<br>Compass Environmental Inc.<br>954 West Washington Blvd, 5th<br>Chicago, IL 60607 USA | Compass Environmental Inc.<br>954 West Washington Blvd, 5th Floor<br>Chicago, IL 60607 USA |

| AMOUNT DUE | ENCLOSED |
|---|---|
| $417,811.95 | |

Please detach top portion and return with your payment.

| SHIP DATE | P.O. Number |
|---|---|
| 10/12/2005 | 1002680002 |

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 11/18/2005 | Price per square foot | 668307 | 0.60 | 400,984.20 |
| 11/18/2005 | price per square foot plywood install | 6565 | 1.15 | 7,549.75 |
| 11/18/2005 | install 2 X 4 | 1878 | 1.00 | 1,878.00 |
| 11/18/2005 | Small roof repairs/ patches | 37 | 200.00 | 7,400.00 |

| | TOTAL | $417,811.95 |
|---|---|---|

This invoice does not reflect descrepancies or work under review with Shaw Infrastructure and Corps Engineers. This invoice is for gov't approved work as of 11/28/2005